# EXHIBIT I

FRT-MR3™ - Rarebreed Triggers https://rarebreedtriggers.com/product/frt-mr3/



RARE BREED TRIGGERS

HOME    TRIGGERS    PARTS    FAQ'S    $0.00 🛒 ⊗

Due to applicable state laws and regulations, we will not ship Forced Reset Triggers (FRTs) to the following locations: CA, CT, DE, HI, IL, MA, MD, NJ, NY, OR, RI, WA, and DC. Orders placed with a shipping address in any of these states will be canceled and refunded.

SOLD OUT

## FRT-MR3™

### Single-Stage (3-Position) Forced Reset Trigger for the HK MR223 & HK MR556

**NOTE:** Max of two triggers per transaction.

**Contents:**

- 1 x FRT-MR3 Trigger
- 2 x Anti-Walk Pins
- 4 x Anti-Walk Pin Screws
- 1 x A1 Selector Drum
- 1 x A4 Selector Drum
- 2 x Selector Lever Roll Pins
- 2 x T10 Torx Wrenches

★★★★★ (8 customer reviews)

SKU: FRT-MR3          CATEGORY: TRIGGERS

**$525.00**

Out of stock

DESCRIPTION        ADDITIONAL INFORMATION        REVIEWS (8)

## FRT-MR3™

## Single-Stage (3-Position) Forced Reset Trigger for the HK MR223 & HK MR556

Take your HK MR223 and HK MR556 to the next level with the official Rare Breed Triggers FRT-MR3™. This drop-in, duty-grade **3-position Forced Reset Trigger (Safe/Semi/FRT®)** is 100% manufactured and assembled in the USA. The FRT-MR3™ includes a 3-position ambidextrous safety selector and anti-walk pins for a secure, hassle-free installation.

**Performance on the Range**

Enhance your shooting experience with the **FRT-MR3™ Forced Reset Trigger**. Designed to accelerate follow-up shots while remaining within legal parameters, the innovative Forced Reset system resets the trigger after each shot, enabling faster, more consistent firing. Each trigger pull fires one round, ensuring full legal compliance while delivering improved speed and performance. Perfect for competitive shooting, tactical training, or maximizing your HK MR223 and HK MR556's potential.

**Innovative Design and Features**

- **3-Position Functionality:** The **FRT-MR3™** features **Safe, Semi, and Forced Reset** modes, controlled via a **3-position**, ambidextrous safety selector. Whether you're focused on precision shooting or rapid-fire drills, this system adapts to your needs, offering versatility for both left- and right-handed shooters.
- **Effortless Installation:** Designed for easy installation on MIL-SPEC AR-15 lowers, the **FRT-MR3™** includes anti-walk trigger pins, providing secure attachment and preventing unwanted movement during extended use. The ambidextrous safety selector seamlessly integrates into any MIL-SPEC lower receiver.

**Durable Construction for Long-Lasting Performance**

Crafted from high-quality materials, including 7075 anodized aluminum and heat-treated 4140 and S7 steel, the **FRT-MR3™** is built to endure heavy use. This robust construction ensures reliability and longevity, allowing you to push your AR-15 to its limits with confidence.

**Compatibility with the HK MR223 and HK MR556**

The **FRT-MR3™** is specifically engineered to operate with the factory semi-automatic bolt carrier group (BCG) used in the HK MR223 and HK MR556 platforms. For that reason, the FRT-MR3™ is compatible with the HK MR223 and MR556 uppers when used with the original, factory-supplied semi-auto BCG. For optimal performance and reliability, we recommend retaining the factory buffer and recoil spring. Please note: The FRT-MR3™ is not compatible with HK416 or BRN4 full-auto bolt carrier groups.

**Unmatched Speed and Control**

The **FRT-MR3™** is ideal for shooters seeking speed and precision. By mechanically resetting the trigger after each shot, then locking the trigger from being pulled until the BCG returns to battery, this system allows for faster follow-up shots without needing advanced techniques. The forced reset mechanism ensures the trigger returns to the non-firing position after each round, requiring the shooter to pull the trigger again, offering full control over each shot.

**Why Choose the FRT-MR3™ Forced Reset Trigger?**

If you're looking to boost your HK MR223 and HK MR556's performance, the **FRT-MR3™ Forced Reset Trigger** is the ultimate upgrade. With its rapid-fire capability, secure anti-rotation design, and seamless compatibility with the HK MR223 and HK MR556 platforms, this trigger provides a superior shooting experience for competition, tactical use, or range drills. Unlock the full potential of your HK MR223 and HK MR556 with the **FRT-MR3™**.

**Manufactured and Assembled in the USA**

**Patent Notice:** This product is covered by one or more U.S. Patents, including U.S. Patent Nos. 10,514,223; 11,724,003; 12,036,336; and 12,274,807. Additional patents may be pending. Unauthorized manufacture, use, sale, or importation of this product or its covered features may constitute patent infringement.

**As always, Rare Breed Triggers encourages the safe and responsible use of our products.**

## Related products



**FRT-15C3™**
Two-Stage (3-Position) Forced Reset Trigger for the AR-15
$450.00
Add to cart

**FRT-RD3™ (AMBI)**
Two-Stage (3-Position) Forced Reset Trigger for the HK MP5, MP5K, SP5 & SP5K
$620.00
Read more

**FRT-15L3™**
Single-Stage (3-Position) Forced Reset Trigger for the AR-15
$450.00
Add to cart

FRT-MR3™ - Rarebreed Triggers https://rarebreedtriggers.com/product/frt-mr3/

RARE BREED
TRIGGERS

2710 Central Freeway
Ste 150 - 151
Wichita Falls, TX 76306

940-477-9199

CustomerService@RareBreedTriggers.com

About Us
Installation Videos
Patents
Press Releases
FAQs

Terms And Conditions
Privacy Policy
Legal Status
Waiver & Release

**Subscribe to our Newsletter**

Enter your email address

Subscribe

Captured by FireShot Pro: 19 May 2026, 02:12:37 PM
https://getfireshot.com