# EXHIBIT P



| | | |
|---|---|---|
| Clement H. Luken, Jr. | Randall S. Jackson, Jr. | Bruce Tittel * |
| Gregory F. Ahrens | Steven W. Benintendi, Ph.D. | David J. Josephic * |
| Wayne L. Jacobs | Glenn D. Bellamy | Kenneth B. Germain * |
| Kurt A. Summe | Kevin E. Kuehn | Stephen E. Gillen * |
| Keith R. Haupt | David A. Fitzgerald II | Thomas J. Burger * |
| Thomas W. Humphrey | Sean K. Owens | P. Andrew Blatt, Ph.D.* |
| David H. Brinkman | W. Scott Gaines | Lori Krafte* |
| Kathryn E. Smith | Louis H. Sitler | * Counsel |
| David E. Jefferies | Michael E. Glennon | +Technical Advisor |
| J. Dwight Poffenberger, Jr. | Joseph L. Falkiewicz ± | ± Admitted in Michigan |
| Brett A. Schatz | Bryn E. Ericksen | |
| Sarah Otte Graber | I. Marshall Fontenot+ | |

GBELLAMY@WHE-LAW.COM
DIRECT: (513) 707-0243

March 31, 2025

***Via USPS Priority Mail Express***
Mr. Tyler Harrison, d/b/a Harrison Gunworks
7804 Katsilometes Road
Pocatello, ID 83204

   Re: **<u>Infringement of U.S. Patent No. 12,038,247</u>**

Dear Mr. Harrison,

  This firm represents ABC IP, LLC ("ABC") in intellectual property matters. ABC is the owner of U.S. Patent No. 12,038,247 ("the '247 Patent") and others, Additional related patents are pending. A copy of the '247 Patent is enclosed for your reference. ABC holds numerous patents, including U.S. Patent No. 10,514,223, which has been exclusively licensed to Rare Breed Triggers LLC ("Rare Breed"), and successfully enforced against multiple infringers.

  The '247 Patent covers a forced reset trigger with a cam movable between first and second positions to force the trigger to reset. It is an infringement to make, use, sell, offer to sell, or import any product covered by any claim of this patent in the United States, and all infringers in the chain of commerce are liable for full damages adequate to compensate for the infringement. 35 U.S.C. §§ 271 and 284. Additionally, anyone who actively induces or contributes to infringement is liable as an infringer. 35 U.S.C. §§ 271 and 284.

  It has come to our attention that you, d/b/a Harrison Gunworks, are selling or offering to sell what has come to be known as a "Super Safety" (3 Position) as shown below, via the Harrison Gunworks website (https://harrisongunworks.com), the Harrison Gunworks Facebook page (https://www.facebook.com/weston.hills.5), which is currently suspended, and numerous private Facebook groups. When installed as instructed, the "Super Safety" (3 Position), regardless of its material specs or color, is covered by at least claims 15 and 20 of the '247 Patent. Thus, use, manufacture, or sale constitutes an infringement of the '247 Patent.

Harrison Gunworks
March 31, 2025
Page 2



We also see that you are selling or offering to sell a product called the "MP5-SS", which is "Super Safety" (3 Position) kit specially designed for the MP5 platform. When installed as instructed on the Harrison Gunworks website (These parts are NOT compatible with the standard MP5/MP5K lowers. You will need to purchase a compatible lower from Lee Sporting, or similar.), the "MP5-SS" is covered by at least claims 15 and 20 of the '247 Patent. Thus, use, manufacture, or sale constitutes an infringement of the '247 Patent.



In addition, you are also selling or offering to sell fully assembled firearms called the "Diamondback AR15-SS" and "Diamondback AR15-SS + CMMG 22LR Conv Kit," both of which incorporate the "Super Safety" (3 Position) trigger device. These are not standard AR-15 platform rifles. Rather, they are specifically configured and marketed with the infringing "Super

 600 Vine Street | Suite 2800 | Cincinnati, OH 45202 | tel: 513-241-2324 | fax: 513-241-6234 | whe-law.com
Edmund P. Wood: 1923-1968 | Truman A. Herron: 1935-1976 | Edward B. Evans: 1936-1971

Harrison Gunworks
March 31, 2025
Page 3

Safety" (3 Position) mechanism already installed. As such, these products embody one or more claims of the '247 Patent, including at least claims 15 and 20. By manufacturing, offering for sale, and selling these complete firearms with the "Super Safety" installed, you are directly infringing the '247 Patent. Further, your actions in marketing and selling these firearms encourage and facilitate downstream use of the infringing technology, which constitutes induced infringement under 35 U.S.C. § 271(b). You are fully liable for all resulting damages caused to the patent owner.

 

Further, you are also selling or offering to sell a product labeled "CMMG 22LR Conversion Kit + AR-SS Trip Bar and Bolt Weight." While the unmodified CMMG 22LR Conversion Kit is a standard, noninfringing product suitable for lawful use in a conventional AR-15 platform, you have materially altered that product by integrating an "Super Safety Trip Bar" specifically designed to function with the infringing "Super Safety" (3 Position) trigger device. The addition of the "Super Safety Trip Bar" is not incidental or optional as it transforms the underlying product into an infringing assembly that enables and facilitates unauthorized use of the "Super Safety" (3 Position) trigger device. The resulting combination is not a staple article of commerce suitable for substantial noninfringing use and is intended for use with an infringing device. As such, your manufacture, modification, sale, and offer for sale of this altered product constitutes contributory infringement under 35 U.S.C. § 271(c), and your conduct in facilitating its use with "Super Safety" components constitutes active inducement of infringement under 35 U.S.C. § 271(b). You are fully liable for all resulting damages caused to the patent owner.

Harrison Gunworks
March 31, 2025
Page 4



Last, you are also selling or offering to sell a product labeled "MP5 Leber V2 Lower Housing Assembly," which has been specifically redesigned to function with the "Super Safety" (3 Position) trigger device. According to your own marketing statements, this lower receiver was developed by an individual identified as "S3giu2 and his development team", and has been purpose-built to integrate with MP5 and MP5K platform firearms in combination with the "Super Safety." This is not a conventional MP5-style lower receiver. Rather, it is a specially designed and manufactured component that enables unauthorized use of the "Super Safety". The "MP5 Leber V2 Lower Housing Assembly" is offered for sale both with and without the "Super Safety" installed, yet in either form it is intended to facilitate infringement of the '247 Patent. This product is not a staple article or commodity of commerce suitable for substantial noninfringing use and is intended to be assembled into an infringing device. Your manufacture, sale, and offer for sale of this product therefore constitutes contributory infringement under 35 U.S.C. § 271(c), and your conduct in enabling its use with "Super Safety" trigger systems constitutes active inducement of infringement under 35 U.S.C. § 271(b). You are fully liable for all resulting damages caused to the patent owner.



Harrison Gunworks
March 31, 2025
Page 5


Accordingly, we must demand that you immediately cease and desist from any further sale or offer to sell the "Super Safety" (3 Position), the MP5-SS, the Diamondback AR15-SS, the Diamondback AR15-SS + CMMG 22LR Conv Kit, the CMMG 22LR Conversion Kit + AR-SS Trip Bar and Bolt Weight, the MP5 Leber V2 Lower Housing Assembly, or any other component part(s) or product(s) covered by or inducing infringement of the '247 Patent.

In order to negotiate a legal resolution without litigation, provide the following information:

- The number of units made or sold since July 16, 2024,
- The total revenue from the sale of each of these products,
- Identity and contact information for any wholesale purchasers, dealers, or resellers to whom you have sold these products, and
- If Harrison Gunworks did not manufacture all of these products or all of their components, identify the manufacturer from whom they were obtained and/or the vendor who supplied the components.

Knowing infringement or continuing to infringe after notice indicates willful infringement, which can incur a judgment of treble damages and/or payment of attorneys' fees in litigation. **Please confirm that you are immediately complying no later than April 15, 2025.**

Having been notified of this claim, you have a legal obligation to preserve all documents and records relating to your manufacture, sale, and offer for sale of these items. Spoliation of evidence can result in sanctions and/or legal inferences that the destroyed evidence was inculpatory.

We urge you to seek the advice of a competent patent attorney in this very serious legal matter and look forward to your prompt response.

This letter is without prejudice to any claims or remedies available to ABC IP, LLC (and/or Rare Breed Triggers LLC), including damages, injunctive relief, and/or attorneys' fees.


Very truly yours,

Glenn D. Bellamy

Enclosure
cc:     ABC IP, LLC



600 Vine Street | Suite 2800 | Cincinnati, OH 45202 | tel: 513-241-2324 | fax: 513-241-6234 | whe-law.com
Edmund P. Wood: 1923-1968 | Truman A. Herron: 1935-1976 | Edward B. Evans: 1936-1971