# EXHIBIT T

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**



**asdesignsfrts** • Follow

**asdesignsfrts** The one and only Rare Breed stopped by the booth at GOALS to give us a "gift" nice meeting you guys! See you soon.

#rarebreed #asdesigns #goals #ARCFire

35w

**just.a.gun.guy** ✔ Was this during the media only event or the live public one today? I didnt see them at the media event, but wow.. talk about disrespect

35w  6 likes  Reply

**matthewkarlovic** @just.a.gun.guy public day.

35w  Reply

—— Hide replies

**soconnoriv** Super Safety will win because of this

Liked by **l36uv** and others

August 9, 2025

Add a comment…                                    Post

Captured by FireShot Pro: 16 April 2026, 08:02:06 PM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**





asdesignsfrts · Follow



middleton_made ✓ What a day today has been

35w  13 likes  Reply



levi.blank Rare Breed sure knows how to make friends, don't they? I'm glad to see more people realize that their "win" was just them agreeing to do the government's dirty work of restricting FRTs in exchange for immunity. They're like the prison snitches of our community. I'm happy to support their competitors!

35w  108 likes  Reply



theken206 @levi.blank the thing is. They have never even shown that to be part of their agreement. At this point its just the word of a bunch of shady fucks, with a bunch of incestuous buisness relationships. Someone pointed out, when has the government ever demanded people patent troll and "aggressively defend" their patents.





Liked by l36uv and others

August 9, 2025

Add a comment...    Post

Captured by FireShot Pro: 16 April 2026, 08:03:33 PM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/



Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/





asdesignsfrts • Follow                    ...

printshootrepeat That's not very cash money of them
35w  193 likes  Reply

asdesignsfrts @printshootrepeat nah its ok cuz they started it with "we arent the assholes everyone thinks we are" and "we arent trying to cause a scene this is just formality"
35w  88 likes  Reply

josephlikesturtles @asdesignsfrts yea c&d are definitely we do t want any trouble vibes.
35w  21 likes  Reply

stclaircountyyrs @printshootrepeat Or maybe too cash money? Because he's a greedy not so little piggy.
35w  12 likes  Reply

View replies (7)

Liked by l36uv and others
August 9, 2025

Add a comment...                          Post

Captured by FireShot Pro: 16 April 2026, 08:06:02 PM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**





**asdesignsfrts** • Follow

**stclaircountyyrs** @printshootrepeat Or maybe too cash money? Because he's a greedy not so little piggy.
35w   12 likes   Reply

**armed_meme_dealer** @asdesignsfrts I feel like doing it behind closed doors would've been the better choice over at a fucking 2A event in front of everyone when they know theyre on the shit list
35w   21 likes   Reply

**adamsa58** @asdesignsfrts "We dont want to cause a scene" Then send it to their attorney's office you unprofessional clowns
35w   45 likes   Reply

**floridagunlawyerspl** @printshootrepeat sue them first for declaratory relief. Crowd fund your legal bills. Put them out of business. LFG!!!!

Liked by l36uv and others
August 9, 2025

Add a comment...                                    Post

Captured by FireShot Pro: 16 April 2026, 08:07:08 PM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/





asdesignsfrts • Follow

alexvdubluke @asdesignsfrts yeaaaaah so there for sure was a handshake with the ATF that they would sue anyone else trying to implement the "totally ok and approved" new tech 😄

35w   1 like   Reply

thetonygoodwin @alexvdubluke it's literally in the settlement document. No handshake aspect. They have to actively enforce their patent

35w   2 likes   Reply

theken206 No, they really dont. They could easily say they have no good faith argument that super safeties infringe on the 223 patent( which considering how often they reference all the other magical patents ABC claims to have isnt a stretch). Per the agreement only the '223 patent needs to be defended. Let's not pretend that Lawrence, Cole and the rest

Liked by l36uv and others
August 9, 2025

Add a comment...                    Post

Captured by FireShot Pro: 16 April 2026, 08:07:54 PM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**





asdesignsfrts • Follow                          •••

theken206 No, they really dont. They could easily say they have no good faith argument that super safeties infringe on the 223 patent( which considering how often they reference all the other magical patents ABC claims to have isnt a stretch). Per the agreement only the '223 patent needs to be defended. Let's not pretend that Lawrence, Cole and the rest of those cucks did anything for the good of the American gun owner. That shit is laughable. They did what they did to protect their livelihoods, and the original 28 million dollars they made lol. If they cared about our community and spreading freedom. Literally all they would have to do is say the Hoffman designs dont encroach the '223 patent 👑 👑 👑

35w   3 likes   Reply

skylers_exotics Boycott Rare Breed

35w   5 likes   Reply

♡  ○  ⟳  ◁                                      ⊓

Liked by **l36uv** and **others**
August 9, 2025

☺  Add a comment...                            Post

Captured by FireShot Pro: 16 April 2026, 08:08:43 PM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DNJtM8yu4of/





asdesignsfrts • Follow

stclaircountyyrs We enjoyed very much speaking with you and Hoffman both during the Media day and Range day. This is an absolutely unconscionable thing to do and we would like to support you in any way we can.

35w   9 likes   Reply

_j.p.4 Ah hell yeah the fall of RB

35w   10 likes   Reply

greese44 "Snitches get stitches" or something like that

35w   6 likes   Reply

tannerbseymour You've got to be kidding me... This is going too far.

35w   95 likes   Reply

—— View replies (6)

Liked by l36uv and others
August 9, 2025

Add a comment...                                     Post

Captured by FireShot Pro: 16 April 2026, 08:09:29 PM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**





asdesignsfrts • Follow

**tannerbseymour** You've got to be kidding me... This is going too far.

35w  95 likes  Reply

**balkenbrij_** @ink2iron wrong, they were the only ones to get their case heard. You dick ride these guys waaaaaay too much (but I think the roids probably plays a part in that)

35w  12 likes  Reply

**regulatedarmament** @ink2iron That doesn't change the nature of patents, IP, and mechanics.

35w  3 likes  Reply

**balkenbrij_** @ink2iron fantastic comeback man, really good thought process and points made with that one.

35w  1 like  Reply

View replies (3)

Liked by l36uv and others

August 9, 2025

Add a comment...                                    Post

**Captured by FireShot Pro: 16 April 2026, 08:10:54 PM**
**https://getfireshot.com**

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/





asdesignsfrts • Follow

balkenbrij_ @ink2iron fantastic comeback man, really good thought process and points made with that one.
35w  1 like  Reply

blyyat_ @balkenbrij_ he deleted all of his comments 🤣🤣🤣
35w  4 likes  Reply

nolaccin__a @balkenbrij_ womp womp no one wants to give money to a company who circle jerks with the atf
35w  1 like  Reply

balkenbrij_ @nolaccin__a exactly, rare breed are trash
35w  1 like  Reply

—— Hide replies

Liked by l36uv and others
August 9, 2025

Add a comment...                                    Post

Captured by FireShot Pro: 16 April 2026, 08:12:11 PM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/



asdesignsfrts • Follow

justinharris_97 Raregreed Trigggers back at it (please don't c&d my comment)
35w  14 likes  Reply

Hide replies

mod0memes By gift you mean C&D right? 😋
35w  65 likes  Reply

thegunnygal ✔ If that's a C&D that's Gay&Lame
35w  49 likes  Reply

theken206 Hopefully Rare Breed ends up out a million bucks 13x for allegedly breaking the terms of the big daddy settlement. AND loses the patent challenge that is about to happen 😂😂😂
35w  4 likes  Reply

View replies (1)

Liked by l36uv and others
August 9, 2025

Add a comment...                    Post

Captured by FireShot Pro: 16 April 2026, 08:13:00 PM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**





**asdesignsfrts** • Follow    ...

**theken206** Hopefully Rare Breed ends up out a million bucks 13x for allegedly breaking the terms of the big daddy settlement. AND loses the patent challenge that is about to happen 😂😂😂

35w    4 likes    Reply

**inkw8ll** @theken206 I can totally see the government getting them to stop all these small businesses and finding a way to put them in jail afterwards. And voila, no more FRTs or super safeties

35w    Reply

—— Hide replies

**rgw_74** Can we ban rare breed from GOA indefinitely for this shit

35w    60 likes    Reply

♡  ⎕  ⇄  ▽                     ⛉

Liked by **l36uv** and **others**
August 9, 2025

☺ Add a comment...                Post

Captured by FireShot Pro: 16 April 2026, 08:13:30 PM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DNJtM8yu4of/





asdesignsfrts • Follow

**jerrycurld** They are the worst.
35w  34 likes  Reply

**ink2iron** Beg to differ.
35w  1 like  Reply

**jerrycurld** @ink2iron I didn't ask or care about your opinion 🤪
35w  30 likes  Reply

**ink2iron** @danielpatterson11795 this is social media. Toughen up pusscke
35w  1 like  Reply

**jerrycurld** @ink2iron 🤪 exactly toughen up and stay quiet when people don't care what you have to say 👀 👀
35w  30 likes  Reply

**armed_meme_dealer** @ink2iron theyre not

Liked by l36uv and others
August 9, 2025

Add a comment...                    Post

Captured by FireShot Pro: 16 April 2026, 08:15:43 PM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/



asdesignsfrts • Follow

armed_meme_dealer @ink2iron theyre not gonna let you hit lil bro, quit meat riding them

35w    17 likes    Reply

—— Hide replies

adv_rider22 Lawrence has smol pp energy

35w    2 likes    Reply

theken206 Hopefully Rare Breed ends up out a million bucks 13x for allegedly breaking the terms of the big daddy settlement. AND loses the patent challenge that is about to happen 😂😂😂

35w    4 likes    Reply

—— View replies (1)

thebrokenasianguns Well they can shit in their hands and clap now

Liked by l36uv and others

August 9, 2025

Add a comment...                                    Post

Captured by FireShot Pro: 16 April 2026, 08:16:14 PM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/



asdesignsfrts • Follow                                    ...

**thebrokenasianguns** Well they can shit in their hands and clap now
35w   12 likes   Reply

**falloutpropguy11** What scum fr
35w   2 likes   Reply

**jeermmm** That man definitely doesn't shoot😂
35w   9 likes   Reply

**josephlikesturtles** This picture tells me all I need to know about them.
35w   5 likes   Reply

**viles_nemo** @guns_and_gadgets @appalachiabees
35w   1 like   Reply

**gadgetguy1288** They're deleting comments off their IG

Liked by l36uv and others
August 9, 2025

Add a comment...                                    Post

Captured by FireShot Pro: 16 April 2026, 08:16:45 PM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/



Captured by FireShot Pro: 16 April 2026, 08:17:17 PM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**



Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/



asdesignsfrts • Follow

awk15mo If its the dude in the middle maybe he is going around handing them out as a form of exercise? You helped an obese man get some exercise! Way to go!

35w  5 likes  Reply

shutty_boy93 @awk15mo baldy on the right is the owner or Rarebreed

35w  Reply

—— Hide replies

reddirtrecoil I wouldn't piss on Lawrence if he was on fire.

35w  58 likes  Reply

spike.2475 @reddirtrecoil same here, however I would have pissed on the floor next to him just to show that I could have pissed on him if

Liked by l36uv and others
August 9, 2025

Add a comment…                                    Post

Captured by FireShot Pro: 16 April 2026, 08:18:30 PM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**



asdesignsfrts • Follow

reddirtrecoil I wouldn't piss on Lawrence if he was on fire.

35w  58 likes  Reply

spike.2475 @reddirtrecoil same here, however I would have pissed on the floor next to him just to show that I could have pissed on him if I wanted to

35w  19 likes  Reply

Hide replies

csutcliff8 I will never buy another one of their products, and I'm ashamed to say i have. I actively recommend anything else when they're mentioned.

35w  8 likes  Reply

Liked by l36uv and others

August 9, 2025

Add a comment...                    Post

Captured by FireShot Pro: 16 April 2026, 08:19:11 PM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/



Captured by FireShot Pro: 16 April 2026, 08:19:41 PM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**





asdesignsfrts • Follow

**noahl5p** Eff them, who goes to a 2a advocacy event to hand out C&D
35w  3 likes  Reply

**derringerdoc** @asdesignsfrts is this going to affect shipping of orders placed months ago?
35w  Reply

**matthewkarlovic** @derringerdoc no
35w  Reply

**derringerdoc** @matthewkarlovic is it too much to say ,"I love you?" I love you!
35w  Reply

**derringerdoc** @matthewkarlovic I used to respect RareBreed and have one of their AR triggers. They just lost me with this. I don't care if they come out with an MP5 drop in trigger cartridge. I'm done with them

Liked by **l36uv** and others
August 9, 2025

Add a comment...                    Post

**Captured by FireShot Pro: 16 April 2026, 08:20:28 PM**
**https://getfireshot.com**

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/



Captured by FireShot Pro: 16 April 2026, 08:21:00 PM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/



asdesignsfrts • Follow    ...

sgt_garrett_barlo ✔ Can someone explain please 🙏 thanks in advance!
35w  Reply

z_4t_seven @sgt_garrett_barlo so rare b guys are chin checking everyone selling anything FRT with C.D orders
35w  3 likes  Reply

—— Hide replies

lsxgto He's like the snitch from recess
35w  4 likes  Reply

lean_lantern Tits McGhee is just mad @asdesignsfrts
35w  4 likes  Reply

hub.six I had to look back to this post since RBT was

Liked by l36uv and others
August 9, 2025

Add a comment...    Post

Captured by FireShot Pro: 16 April 2026, 08:21:47 PM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/



asdesignsfrts • Follow

rubistellarose 🐷
11w  Reply

corneliusrangerat You don't get creases in shorts like that from single day of wear. Greasy fatback and nasty. Atrius and ARC go hard
11w  Reply

gymjjb Stop buying rare breed to force this dude to go on a diet
11w  Reply

zle_bounce Fuckin maggots hope you guys the best man waiting on that m249 lower 😳
11w  Reply

panic.in.hispanic__ Tell him you'll do it if he can squat 200 below parallel

Liked by l36uv and others
August 9, 2025

Add a comment...                    Post

Captured by FireShot Pro: 16 April 2026, 08:22:53 PM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/



asdesignsfrts • Follow

man waiting on that m249 lower 😳
11w  Reply

panic.in.hispanic__ Tell him you'll do it if he can squat 200 below parallel
35w  Reply

tom.nelson.1999 If they didn't want to cause a scene, they should have sent this through the proper channels. This is a trade show, not a business meeting.
35w  Reply

bmoney1500 Who are the three people in the middle?
35w  Reply

View hidden comments

These comments were hidden because they may be misleading, offensive or spam. People can still tap to view them.

Liked by l36uv and others
August 9, 2025

Add a comment...                                    Post

Captured by FireShot Pro: 16 April 2026, 08:23:29 PM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**





asdesignsfrts • Follow ···

Hidden by Instagram

ethan_rascal_aiello I'm in favor of expelling Cohen and DeMonico from the firearms industry. One is essentially a rat and the other is a criminal. Both fueled by greed and fear.

35w   4 likes   Reply

theken206 And that cuck Cole, and everyone else involved in gay breeds incestuous buisness arrangements

35w   3 likes   Reply

ethan_rascal_aiello @theken206 This industry is literally a bunch of chuds masking as 2A advocates.

35w   1 like   Reply

—— Hide replies



Liked by l36uv and others

August 9, 2025

Add a comment...                                    Post

Captured by FireShot Pro: 16 April 2026, 08:24:29 PM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**





asdesignsfrts • Follow

call_me_ak lawrence is a trash human being
35w   3 likes   Reply

c.l.3267 So Brandon Herrera announces he's running for congress again, Sig is still shit, and now rare breeds being a loser
35w   4 likes   Reply

heathen.actually Is Rare Breed the fat, gross, soft body in the picture?
35w   5 likes   Reply

thomas_campbell97 @heathen.actually No, the dude on the right
35w   1 like   Reply

—— Hide replies

Liked by l36uv and others
August 9, 2025

Add a comment...                    Post

Captured by FireShot Pro: 16 April 2026, 08:25:02 PM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**



asdesignsfrts • Follow                                      ...

eriktheodorevic That fellow is morbidly obese.
35w   2 likes   Reply

gunsandsharpthings_v2 Obese Breed
35w   4 likes   Reply

quadzillaharrison Disgusting
35w   2 likes   Reply

that_merch_trex Fuck those guys!
35w   1 like   Reply

na_90_93 #fuckrarebreed
7w   Reply

jonarbuckle718 What a bunch of ATF cucks
8w   Reply

Liked by l36uv and others
August 9, 2025

Add a comment...                                        Post

**Captured by FireShot Pro: 16 April 2026, 08:25:36 PM**
**https://getfireshot.com**

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**



**asdesignsfrts** • Follow  •••

**jrider600rr** They did the same shit this SHOT show. These guys are total shit bags. They look like shit bags too.

11w  Reply

**arms_investor** He's too busy handing out C&Ds to manufacture his own products. Since their "win," they've only been selling other people's triggers that they've seized via lawsuits. Lawrence is a grifter scumbag who thinks way too highly of himself, I wouldn't even buy a damn tshirt from that loser.

35w  2 likes  Reply

**carbon_bootprint** At the end of the day he's a morbidly obese incel. You win.

35w  Reply

**207.shooterz** hate those phggtts

35w  Reply

Liked by **l36uv** and **others**

August 9, 2025

Add a comment...                                    Post

Captured by FireShot Pro: 16 April 2026, 08:26:05 PM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**





asdesignsfrts • Follow                                    •••

al_bandoflage Faggots. I knew that dude was pro-2a advocate as long as it was 'cash money' for him when he was with Big Daddy Unlimited. Lawsuits suck, even more so when Daddy Gubment is involved, but holy freak a molé, agreeing to a patent monopoly is next level scumlord.

35w   2 likes   Reply

virtus_martius Why is that guy so fat?

35w   Reply

jeremiahbull06 What a fat piece of shit

35w   3 likes   Reply

thejoshston They are one of the biggest faggots in the 2A space.

35w   5 likes   Reply

Liked by l36uv and others
August 9, 2025

Add a comment...                                Post

Captured by FireShot Pro: 16 April 2026, 08:26:39 PM
https://getfireshot.com