# EXHIBIT U

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Page 1**
**(1) Facebook**
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



Captured by FireShot Pro: 20 April 2026, 04:13:34 PM
https://getfireshot.com

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:14:02 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



**Captured by FireShot Pro: 20 April 2026, 04:14:27 PM**
**https://getfireshot.com**

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



**Rare Breed Firearms's Post**

Gerald Ainsworth
**Ronald M Dye** I need one for my 53
3h  Like  Reply

Reply to Ronald M Dye...

James Camp
Any chance of being able to design one for a Thompson?
2d  Like  Reply

Top fan
Jonathan Oakes
Heavy breathing.
2d  Like  Reply  1

Rare Breed Firearms replied · 1 Reply

Marcus Williams
What about the cz scorpion? OBJ
2d  Like  Reply  2

Rare Breed Firearms replied · 1 Reply

Write a comment...

Captured by FireShot Pro: 20 April 2026, 04:14:56 PM
https://getfireshot.com

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:15:30 PM**
**https://getfireshot.com**

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



Captured by FireShot Pro: 20 April 2026, 04:17:39 PM
https://getfireshot.com

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



Captured by FireShot Pro: 20 April 2026, 04:18:03 PM
https://getfireshot.com

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Rare Breed Firearms's Post**    ✕

**Derek Jon Love**
I have the original and the FRTL3.
Both seem nice, with being able to use single fire, nice touch
Both run great ⌷OBJ⌷OBJ⌷OBJ⌷

2d   Like   Reply                                2👍😮

Rare Breed Firearms replied · 4 Replies

**Travis Walls**
I need 5 for the ar10 platform. please and thank you.

20h   Like   Reply

**Adan Galvan**
Need one for my SP5K-PDW

2d   Like   Reply        2👍

Rare Breed Firearms replied · 1 Reply

**Jordan Abbott**
I still need 3 more for my ARs and then I'm going to get one of these and an MP5.

2d   Like   Reply

Write a comment...

😎 ☺ 📷 GIF 🧸                              ➤

Captured by FireShot Pro: 20 April 2026, 04:18:24 PM
https://getfireshot.com

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



Captured by FireShot Pro: 20 April 2026, 04:19:10 PM
https://getfireshot.com

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Rare Breed Firearms's Post**    ✕

Top fan
**Benny Leonard**
So the FRT's I purchased in 2025. This spring issue has been taken care of.
5h    Like    Reply

**Noli B. Fernandez**
Still no SEF ..!! Ambi still live right now.. Been monitoring all day only Ambi went live..??
😫😣😫
2d    Like    Reply                    2 👍

**Jeremy Clemmons**
Do I need to change buffer springs or the buffer itself. I had to change both when I put a Franklin binary in one of my ar's
1d    Like    Reply
        View all 3 replies

**Leon Gray**
Has anyone tried this in an AP53?
22h    Like    Reply

**Ruger Winchell**
Not $600 pretty though. Especially when you can take a FRS for $250 and a slip trip for

Write a comment...

**Captured by FireShot Pro: 20 April 2026, 04:19:34 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Rare Breed Firearms's Post**                                                    ✕

**Ruger Winchell**
Not $600 pretty though. Especially when you can take a FRS for $250 and a slip trip for $60 bucks and does the same thing for $300 less.

2d   Like   Reply                                                                 2 👍

**Leon Gray**
**Ruger Winchell**This actually runs 100%

22h   Like   Reply

Reply to Ruger Winchell...                         😊 ☺ 📷 GIF 🙂

**Billy East**
how about ak47?

2d   Like   Reply   3 👍

View all 3 replies

**Potty Scippen**
What are yall gunna do about my failed gen 1 trigger that I paid almost $500 for?

17h   Like   Reply

Write a comment...

😊 ☺ 📷 GIF 🙂

**Captured by FireShot Pro: 20 April 2026, 04:20:09 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



Captured by FireShot Pro: 20 April 2026, 04:20:31 PM
https://getfireshot.com

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



**Rare Breed Firearms's Post**

Logan Wise
super safety is way cheaper
4h   Like   Reply

Darious Barnette
Why yall sue my boy tho
2d   Like   Reply   1

John Saunders
Definitely need an Ak one. The current options are pretty lame.
2d   Like   Reply

Craig McDonald
Thoughts on one for the Kuna?
2d   Like   Reply   Edited

Vince Harris
Its broke!! Or did you change something?
2d   Like   Reply

Neal Walker
I lost my Ambi safety selector. RB doesn't have any to order for replacement 😢

Write a comment...

Captured by FireShot Pro: 20 April 2026, 04:20:54 PM
https://getfireshot.com

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



Captured by FireShot Pro: 20 April 2026, 04:21:31 PM
https://getfireshot.com

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



Captured by FireShot Pro: 20 April 2026, 04:21:56 PM
https://getfireshot.com

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0PFkBx4fKK7Jur2ny8MQGgM4Z9vkVE...**

## Rare Breed Firearms's Post                                        ✕

 **Rare Breed Firearms** is in **Wichita Falls, TX**.    ...
April 21 at 9:58 PM · 🎵 Jump (2015 Remaster) · Van Halen · 🌐

Go ahead and jump!

**#RareBreedTriggers #FRT #ForcedReset #ForcedResetTrigger #ForceTheReset**



 Write a comment...

   

**Captured by FireShot Pro: 23 April 2026, 09:25:11 AM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0PFkBx4fKK7Jur2ny8MQGgM4Z9vkVE...**



**Captured by FireShot Pro: 23 April 2026, 09:25:46 AM**
**https://getfireshot.com**

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0PFkBx4fKK7Jur2ny8MQGgM4Z9vkVE...



Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0PFkBx4fKK7Jur2ny8MQGgM4Z9vkVE...



Captured by FireShot Pro: 23 April 2026, 09:28:44 AM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:41:34 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



**Page 1**
**Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...**



**Captured by FireShot Pro: 26 May 2026, 03:42:52 PM**
**https://getfireshot.com**

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...

**Rare Breed Firearms's Post**

**BigGary Lynn**
if i accidentally ordered a ambi version and i need the sef version, what is the difference besides the selector? do you sell the sef selector seperately?
1w   Like   Reply

**Scott Norton**
I have the same issue. Any response yet?
1w   Like   Reply

**Christopher Kopp**
You can order an ambi trigger housing online but id imagine they can exchange that for you
1w   Like   Reply

Reply to Scott Norton...

Reply to BigGary Lynn...

**Jack Daughtry**
About to offer mil-spec control levers. They should dress up my retro M16A1 H&R.
1w   Like   Reply   Edited                                    3

**Author**
**Rare Breed Firearms**
Jack Daughtry - will prob be available this week.
1w   Like   Reply                                          8

**Austin Guidry**
Jack Daughtry they have mil spec levers. I ordered 2. One for my 733 comando build. And one spare for another retro build.

Write a comment...

Captured by FireShot Pro: 26 May 2026, 03:43:35 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:44:46 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:45:38 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:46:19 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:46:59 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:48:28 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Captured by FireShot Pro: 26 May 2026, 03:07:13 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Captured by FireShot Pro: 26 May 2026, 03:35:24 PM
https://getfireshot.com

**Page 1**
**Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l**



Captured by FireShot Pro: 26 May 2026, 03:35:57 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Captured by FireShot Pro: 26 May 2026, 03:36:24 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Captured by FireShot Pro: 26 May 2026, 03:36:54 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Captured by FireShot Pro: 26 May 2026, 03:37:26 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 02:56:24 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 02:56:54 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 02:57:19 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 02:57:41 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:00:23 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:00:55 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:02:54 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:03:26 PM
https://getfireshot.com

