# EXHIBIT V

3 Position Super Safeties have entered the Market | AS Designs ARC - YouTube https://www.youtube.com/watch?v=-bGHV2UAwDg



Captured by FireShot Pro: 15 April 2026, 03:36:35 PM
https://getfireshot.com

3 Position Super Safeties have entered the Market | AS Designs ARC - YouTube https://www.youtube.com/watch?v=-bGHV2UAwDg



Captured by FireShot Pro: 15 April 2026, 03:36:35 PM
https://getfireshot.com

3 Position Super Safeties have entered the Market | AS Designs ARC - YouTube https://www.youtube.com/watch?v=-bGHV2UAwDg



126    Reply

• 10 replies ⌄

@kalashnikovmania2074 5 months ago
AS Designs customer service department is top notch.
No questions asked when the rear lug supplied with their Jakl trip kit fractured and broke.
I had a replacement in 3 days shipped .

158    Reply

8 replies ⌄

@ACEE-ee2xr 4 months ago
Every AR-15 and derivative that is produced at this time in history should come with one of these from the factory. It's the logical thing to do tbh. I'm a cheap guy when it comes to guns and if I knew the rifle I was getting could do this I would pay a few hundred dollars more for that. 💯

30    Reply

4 replies ⌄

@merlin704 5 months ago (edited)
Super Safety AND Tactical Capris together in one video? I don't think my heart can handle all this excitement!

29    Reply

@edjecollins4141 5 months ago
They have been out of stock for a while and after this and other videos, the demand will drastically increase while supplies are always low. I always love your videos BTW.

62    Reply

• 10 replies ⌄

@MaddhatterAce 5 months ago
He has the need, the need for super safe speed.

17    Reply

@vicdiaz5180 5 months ago
The stumble in the intro was priceless 😄

22    Reply

@XxShadow101xX 5 months ago
That's awesome! I was dreading having to spend $450 on full semi-automatic, and i'd loveeeeee a nice budget-friendly one like this. Some day i'll get an actual belt-fed upper and have the LMG-at-home i've dreamed of!

10    Reply

@NuevoMéxico444 5 months ago
Looks like it runs really well and that's a great setup for a battle rifle

28    Reply

@calebcrockett1085 5 months ago
Have seen nothing but good things on these. Atrius also makes a 3 position selector that I've heard people have decent luck with and you don't have to run a SS cut trigger. IMO everyone should buy one because "common use" is definitely a friend of the people.

30    Reply

7 replies ⌄

@mikeyunovapix7181 4 months ago
I found out they're making a slip trip kit for the BRN180 upper. It will soon be entirely possible to functionally recreate the AR-18. I would love nothing more than to build up such a rifle with this Super Safety, a nice folding stock, and tricked out with nice accessories.

Sawtooth Tactical
22K views • 5 months ago

13:23

Married Teacher Raped 13-Year-Old Student
Law&Crime Network ✓
1M views • 3 weeks ago

25:18

Parents Discover Their Daughter Is A Mass Killer

Captured by FireShot Pro: 15 April 2026, 03:36:35 PM
https://getfireshot.com

3 Position Super Safeties have entered the Market | AS Designs ARC - YouTube https://www.youtube.com/watch?v=-bGHV2UAwDg



Captured by FireShot Pro: 15 April 2026, 03:36:35 PM
https://getfireshot.com

3 Position Super Safeties have entered the Market | AS Designs ARC - YouTube https://www.youtube.com/watch?v=-bGHV2UAwDg

