# EXHIBIT W

< **Rare Breed Firearms's post** •••



1d  **Like**  **Reply**  **Hide**  1

The comment Rare Breed Firearms is replying to has been deleted.

 ✏️ **Author**
**Rare Breed Firearms**
Reid Jared Tyndall - Come back and share pics!

19h  **Like**  **Reply**  1

The comment Reid is replying to has been deleted.

 **Reid Jared Tyndall**
Rare Breed Firearms solid copy! I'll be ordering one soon!

20h  **Like**  **Reply**  **Hide**  1

 Write a reply...

 **Nate Hudson**
Wait is the FRT-15C3 based on the super safety by using the cam? You just made it so you still have the drop in trigger that takes the cam.

1d  **Like**  **Reply**  **Hide**  2

 Comment as Rare Breed...