# EXHIBIT X

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:19:03 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:19:29 AM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DYkxy_GRzP2/**



Captured by FireShot Pro: 28 May 2026, 10:19:51 AM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:20:17 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:20:40 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:21:03 AM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DYkxy_GRzP2/



**Page 1**
**Instagram**
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:21:48 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:22:10 AM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DYkxy_GRzP2/



**rarebreedfirearms** • Follow
Wichita Falls, Texas

**noah.telford** The FRT is so amazing that it's hard to believe they're legal.
6d  1 like  Reply

**k30burr** Ordered for a sp5 but will it fit a ap5-p?
1w  2 likes  Reply

**checksixx** @k30burr Yes, however, you may need to shim the bottom of the pack because the housing they use has the pack sitting just barely too low. I would go ahead and order a HK housing. That's what I did. Works as advertised.
1w  Reply

—— Hide replies

**millz.757** Now all I need is my suppressor god bless America us
1w  4 likes  Reply

⊕

48 comments from Facebook

Liked by **landry98123** and others
7 days ago

Add a comment...                    Post

Captured by FireShot Pro: 28 May 2026, 10:22:33 AM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DYkxy_GRzP2/



**Captured by FireShot Pro: 28 May 2026, 10:22:54 AM**
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DYkxy_GRzP2/**



**Captured by FireShot Pro: 28 May 2026, 10:23:19 AM**
**https://getfireshot.com**

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:23:41 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:24:04 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:24:27 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:24:54 AM
https://getfireshot.com