USPTO®

## Patent Center

Home | New submission ▾ | Existing submissions ▾ | Petitions ▾ | Post grant ▾ | Workbench ▾ | Manage ▾ | Search

Patents ▾    Trademarks ▾    Fees and payment ▾    Contact Us ▾    MyUSPTO    JOHN SKERIOTIS ▾

Patent Center Help

Back to home

Pay maintenance fees    Order certified copies    Global Dossier    Download    Print

## 18/325,225 | RARETRG 12US: FIREARM TRIGGER MECHANISM    PUBLIC VIEW

| Application # | Confirmation # | Attorney Docket # | Patent # | Filing or 371 (c) date | Status |
|---|---|---|---|---|---|
| 18/325,225 | 5749 | RARETRG 12US | 12,038,247 <br> Download PDF   Text <br> Issued – 07/16/2024 | 05/30/2023 | Patented Case 06/26/2024 |

- Application Data
- Documents & Transactions
- **Continuity**
- Patent Term Adjustment
- Foreign priority
- Fee payment history
- Address & Attorney/Agent Information
- Supplemental Content
- Assignments
- Display References
- eGrant

## Continuity

### Parent data

| Application # | Description | Parent application # | Filing or 371 (c) date | Status | Patent # | AIA |
|---|---|---|---|---|---|---|
| 18/325,225 | Claims priority from a provisional application | 63/374,941 | 09/08/2022 | Expired | –– | – |

### Child data

| Application # | Filing or 371 (c) date | Status | Patent # | AIA | Description | Parent application # |
|---|---|---|---|---|---|---|
| 19/547,098 | 02/23/2026 | Pending | – | Yes | is a Continuation of | 18/325,225 |
| 19/547,167 | 02/23/2026 | Pending | – | Yes | is a Continuation of | 18/325,225 |
| 18/761,606 | 07/02/2024 | Patented | 12578159 | Yes | is a Continuation of | 18/325,225 |

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Vulnerability Disclosure Policy

Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com    Subscribe



Follow us



**USPTO** ®

Patents ⌄    Trademarks ⌄    Fees and payment ⌄    Contact Us ⌄    MyUSPTO    JOHN SKERIOTIS ⌄

## Patent Center

| Home | New submission ⌄ | Existing submissions ⌄ | Petitions ⌄ | Post grant ⌄ | Workbench ⌄ | Manage ⌄ | Search | | Patent Center Help |
|---|---|---|---|---|---|---|---|---|---|

Back to home

Pay maintenance fees    Order certified copies    Global Dossier    Download    Print

# 18/665,926 | RARETRG-14US3: FIREARM TRIGGER MECHANISM    PUBLIC VIEW

| Application # | Confirmation # | Attorney Docket # | Patent # | Filing or 371 (c) date | Status |
|---|---|---|---|---|---|
| 18/665,926 | 4557 | RARETRG–14US3 | 12,274,807 <br> Download PDF    Text <br> Issued – 04/15/2025 | 05/16/2024 | Patented Case 03/26/2025 |

---

- Application Data
- Documents & Transactions
- **Continuity**
- Patent Term Adjustment
- Foreign priority
- Fee payment history
- Address & Attorney/Agent Information
- Supplemental Content
- Assignments
- Display References
- eGrant

## Continuity

### Parent data

| Application # | Description | Parent application # | Filing or 371 (c) date | Status | Patent # | AIA |
|---|---|---|---|---|---|---|
| 18/665,926 | is a Continuation of | 18/346,423 | 07/03/2023 | Patented | 12036336 | Yes |
| 18/346,423 | is a Continuation of | 18/048,572 | 10/21/2022 | Patented | 11724003 | Yes |
| 18/048,572 | Claims priority from a provisional application | 63/297,884 | 01/10/2022 | Expired | –– | – |

### Child data

| Application # | Filing or 371 (c) date | Status | Patent # | AIA | Description | Parent application # |
|---|---|---|---|---|---|---|
| 19/033,141 | 01/21/2025 | Patented | 12636403 | Yes | is a Continuation of | 18/665,926 |
| 19/676,323 | – | Pending | – | – | is a Continuation of | 18/665,926 |

---

About the USPTO  •  Search for patents  •  Search for trademarks

Receive updates from the USPTO

US Department of Commerce          Freedom of Information Act
Accessibility                     Inspector General
Privacy Policy                    NoFEAR Act
Financial and Performance Data     USA.gov
Vulnerability Disclosure Policy

Enter your email to subscribe or update your preferences

your@email.com          Subscribe



Follow us

USPTO

# Patent Center

Home | New submission ▾ | Existing submissions ▾ | Petitions ▾ | Post grant ▾ | Workbench ▾ | Manage ▾ | Search        Patent Center Help

Back to home

Pay maintenance fees    Order certified copies    Global Dossier    Download    Print

## 18/968,984 | RARETRG–47US: Safety Mechanism for Firearm    PUBLIC VIEW

| Application # | Confirmation # | Attorney Docket # | Patent # | Filing or 371 (c) date | Status |
|---|---|---|---|---|---|
| 18/968,984 | 9467 | RARETRG–47US | 12,529,538<br>Download PDF    Text<br>Issued –<br>01/20/2026 | 12/04/2024 | Patented Case 01/07/2026 |

Application Data

Documents & Transactions

**Continuity**

Patent Term Adjustment

Foreign priority

Fee payment history

Address & Attorney/Agent Information

Supplemental Content

Assignments

Display References

eGrant/eCofC

# Continuity

## Parent data

| Application # | Description | Parent application # | Filing or 371 (c) date | Status | Patent # | AIA |
|---|---|---|---|---|---|---|
| 18/968,984 | Claims priority from a provisional application | 63/605,793 | 12/04/2023 | Expired | –– | – |

## Child data

| Application # | Filing or 371 (c) date | Status | Patent # | AIA | Description | Parent application # |
|---|---|---|---|---|---|---|
| 19/442,391 | 01/07/2026 | Pending | – | Yes | is a Continuation of | 18/968,984 |

About the USPTO • Search for patents • Search for trademarks

### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

| US Department of Commerce | Freedom of Information Act |
|---|---|
| Accessibility | Inspector General NoFEAR |
| Privacy Policy | Act |
| Financial and Performance Data | USA.gov |
| Vulnerability Disclosure Policy | |

your@email.com    **Subscribe**



UNITED STATES
PATENT AND TRADEMARK OFFICE ®

Follow us

# Patent Center

Patents ▾   Trademarks ▾   Fees and payment ▾   Contact Us ▾   MyUSPTO   JOHN SKERIOTIS ▾

| Home | New submission ▾ | Existing submissions ▾ | Petitions ▾ | Post grant ▾ | Workbench ▾ | Manage ▾ | Search | | Patent Center Help |

[Back to home]

Pay maintenance fees    Order certified copies    Global Dossier    Download    Print

## 18/761,606 | RARETRG-12CON: FIREARM TRIGGER MECHANISM    PUBLIC VIEW

| Application # | Confirmation # | Attorney Docket # | Patent # | Filing or 371 (c) date | Status |
|---|---|---|---|---|---|
| 18/761,606 | 7193 | RARETRG-12CON | 12,578,159<br>Download PDF   Text<br>Issued – 03/17/2026 | 07/02/2024 | Patented Case 03/04/2026 |

- Application Data
- Documents & Transactions
- **Continuity**
- Patent Term Adjustment
- Foreign priority
- Fee payment history
- Address & Attorney/Agent Information
- Supplemental Content
- Assignments
- Display References
- eGrant

## Continuity

### Parent data

| Application # | Description | Parent application # | Filing or 371 (c) date | Status | Patent # | AIA |
|---|---|---|---|---|---|---|
| 18/761,606 | is a Continuation of | 18/325,225 | 05/30/2023 | Patented | 12038247 | Yes |
| 18/325,225 | Claims priority from a provisional application | 63/374,941 | 09/08/2022 | Expired | –– | – |

### Child data

| Application # | Filing or 371 (c) date | Status | Patent # | AIA | Description | Parent application # |
|---|---|---|---|---|---|---|
| 19/547,098 | 02/23/2026 | Pending | – | Yes | is a Continuation of | 18/761,606 |
| 19/547,167 | 02/23/2026 | Pending | – | Yes | is a Continuation of | 18/761,606 |

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Vulnerability Disclosure Policy

Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com    **Subscribe**



UNITED STATES PATENT AND TRADEMARK OFFICE ®

Follow us

# Patent Center

Home    New submission ▾    Existing submissions ▾    Petitions ▾    Post grant ▾    Workbench ▾    Manage ▾    Search                          Patent Center Help

Back to home

Pay maintenance fees          Order certified copies          Global Dossier          Download          Print

## 19/033,141 | RARETRG-14US4: FIREARM TRIGGER MECHANISM    PUBLIC VIEW

| Application # | Confirmation # | Attorney Docket # | Patent # | Filing or 371 (c) date | Status |
|---|---|---|---|---|---|
| 19/033,141 | 2095 | RARETRG–14US4 | 12,636,403  Download  PDF  Text  Issued – 05/26/2026 | 01/21/2025 | Patented Case 05/13/2026 |

Application Data

Documents & Transactions

**Continuity**

Patent Term Adjustment

Foreign priority

Fee payment history

Address & Attorney/Agent Information

Supplemental Content

Assignments

Display References

eGrant

## Continuity

### Parent data

| Application # | Description | Parent application # | Filing or 371 (c) date | Status | Patent # | AIA |
|---|---|---|---|---|---|---|
| 19/033,141 | is a Continuation of | 18/665,926 | 05/16/2024 | Patented | 12274807 | Yes |
| 18/665,926 | is a Continuation of | 18/346,423 | 07/03/2023 | Patented | 12036336 | Yes |
| 18/346,423 | is a Continuation of | 18/048,572 | 10/21/2022 | Patented | 11724003 | Yes |
| 18/048,572 | Claims priority from a provisional application | 63/297,884 | 01/10/2022 | Expired | –– | – |

### Child data

| Application # | Filing or 371 (c) date | Status | Patent # | AIA | Description | Parent application # |
|---|---|---|---|---|---|---|
| 19/676,323 | – | Pending | – | – | is a Continuation of | 19/033,141 |

About the USPTO • Search for patents •         Search for trademarks

| | |
|---|---|
| US Department of Commerce | Freedom of Information Act |
| Accessibility | Inspector General |
| Privacy Policy | NoFEAR Act |
| Financial and Performance Data | USA.gov |
| Vulnerability Disclosure Policy | |

### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com          Subscribe

