**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>          Plaintiffs,<br><br>v.<br><br>80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, and PEARSON GARDNER,<br><br>          Defendants. | Civil Action No. 4:26-cv-00380-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>          Plaintiffs,<br><br>v.<br><br>CHRISTOPHER COPE,<br><br>          Defendant. | Civil Action No. 2:26-cv-00033-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>          Plaintiffs,<br><br>v.<br><br>DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW,<br><br>          Defendants. | Civil Action No. 4:26-cv-00377-ALM |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>HANES TACTICAL, LLC, and DAMION TERRELL BENNETT,<br><br>      Defendants. | Civil Action No. 4:26-cv-00369-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>HARRISON GUNWORKS LLC, and TYLER HARRISON,<br><br>      Defendants. | Civil Action No. 4:26-cv-00379-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>MARS TRIGGER, LLC, and PETER BRENNEN,<br><br>      Defendants. | Civil Action No. 2:26-cv-00030-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>MISTER GUNS, LLC, THOMAS CARTER II, and BRANDI CARTER | Civil Action No. 2:26-cv-00056-ALM |

|  |  |
|---|---|
| Defendants. | |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., | Civil Action No. 4:26-cv-00425-ALM |
| Plaintiffs, | |
| v. | |
| STEVEN THANH NGUYEN, d/b/a POLYMER PEW, | |
| Defendant. | |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., | Civil Action No. 4:26-cv-00521-ALM |
| Plaintiffs, | |
| v. | |
| OPTICS PLANET, INC., d/b/a ECENTRIA, | |
| Defendant. | |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., | Civil Action No. 2:26-cv-00053-ALM |
| Plaintiffs, | |
| v. | |
| PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, and MORDEKHAI HARROCH, | |
| Defendants. | |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PROSOURCE FIREARMS, LLC, <br><br> Defendant. | Civil Action No. 2:26-cv-00055-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUPERIOR FIREARMS OF TEXAS, LLC, <br><br> Defendant. | Civil Action No. 2:26-cv-00058-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> Z3 PRODUCTIONS, LLC, d/b/a Z3PRO, <br><br> Defendant. | Civil Action No. 4:26-cv-00367-ALM |

## NOTICE OF CORRECTION

PLEASE TAKE NOTICE that Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. (collectively, "Plaintiffs") respectfully submit this Notice of Correction concerning their Consolidated Motion for Preliminary Injunction (No. 4:26-md-03176-ALM, Dkt. 7) (the "Motion").

1

When Plaintiffs filed the Motion on May 29, 2026, two appendices prepared to accompany it—Appendix A and Appendix B (collectively, the "Appendices")—were inadvertently omitted from the filing. While reviewing the case files, counsel identified that the two Appendices had not been filed with the Motion as intended.

The Appendices are not evidence, and they add nothing new to the record. Each is a compilation that counsel prepared to assist the Court. They organize in one place the record and docket material on which parts of the Motion rely: Appendix A, drawn from the exhibits filed with the Motion; Appendix B, from the public docket.

Appendix A is a product-price chart. It identifies each Defendant's Accused Products and prices, and ties every entry to the supporting exhibit or declaration filed with the Motion. (*See, e.g.*, Mot. at 9–14, 17, 20, 27, 31, 38.)

Appendix B is a table of filing and notice dates. For each Defendant, it sets out the date the Defendant's complaint was filed, the date of notice or service, and the corresponding Eastern District of Texas civil action number. (*See, e.g.*, Mot. at 8.)

No party is prejudiced by this correction. Every entry in Appendix A is supported by an exhibit or declaration previously filed with the Motion, and the underlying product and pricing information is within each Defendant's possession. Appendix B compiles only information drawn from the public docket. The Appendices thus present no new facts to the Court or the parties.

Accordingly, Plaintiffs respectfully submit Appendix A and Appendix B, attached hereto.

DATED: June 19, 2026                Respectfully submitted,

                                    */s/ Matthew A. Colvin*
                                    Matthew A. Colvin
                                    Texas Bar No. 24087331
                                    Carl E. Bruce

2

**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
        bruce@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff
DC Bar No. 1025635
**FISH & RICHARDSON P.C.**
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Glenn D. Bellamy *(admitted pro hac vice)*
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

*Attorneys for Plaintiffs*
*ABC IP, LLC and Rare Breed Triggers, Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 19, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system an.

/s/ Matthew A. Colvin
Matthew A. Colvin

4