**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, and PEARSON GARDNER,<br><br>    Defendants. | Civil Action No. 4:26-cv-00380-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTOPHER COPE,<br><br>    Defendant. | Civil Action No. 2:26-cv-00033-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW,<br><br>    Defendants. | Civil Action No. 4:26-cv-00377-ALM |

1

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br>     Plaintiffs, <br><br> v. <br><br> HANES TACTICAL, LLC, and DAMION TERRELL BENNETT, <br><br>     Defendants. | Civil Action No. 4:26-cv-00369-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br>     Plaintiffs, <br><br> v. <br><br> HARRISON GUNWORKS LLC, and TYLER HARRISON, <br><br>     Defendants. | Civil Action No. 4:26-cv-00379-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br>     Plaintiffs, <br><br> v. <br><br> STEVEN THANH NGUYEN, d/b/a POLYMER PEW, <br><br>     Defendant. | Civil Action No. 4:26-cv-00425-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br>     Plaintiffs, <br><br> v. <br><br> Z3 PRODUCTIONS, LLC, d/b/a Z3PRO, | Civil Action No. 4:26-cv-00367-ALM |

Defendant.

### NOTICE OF NON-OPPOSITION AND RIPENESS REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. (collectively, "Plaintiffs") respectfully file this Notice of Non-Opposition and Ripeness Regarding Plaintiffs' Consolidated Motion for Preliminary Injunction.

Plaintiffs filed their Consolidated Motion for Preliminary Injunction ("PI Motion") on May 29, 2026.[1] Defendants'[2] deadline to file their response was Friday, June 12, 2026. *See* Local Rule CV-7(e). Defendants have not filed a response. Accordingly, Plaintiffs' PI Motion is unopposed and ripe for ruling. *See* Local Rule CV-7(d) ("A party's failure to oppose a motion in the manner prescribed herein creates a presumption that the party does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion.").

---

[1] *See ABC IP, LLC, et al., v. 80Mills LLC, et al.*, No. 26-cv-00380, Dkt. No. 43 (E.D. Tex. May 29, 2026); *ABC IP, LLC, et al., v. Hanes Tactical LLC, et al.*, Case No. 26-cv-00369, Dkt. No. 43 (E.D. Tex. May 29, 2026); *Rare Breed Triggers, Inc., et al., v. DNT LLC, et al.*, Case No. 26-cv-00377, Dkt. No. 45 (E.D. Tex. May 29, 2026); *ABC IP, LLC, et al., v. Harrison Gunworks LLE, et al.*, Case. No. 26-cv-00379, Dkt. No. 37 (E.D. Tex. May 29, 2026); *ABC IP, LLC, et al. v. Nguyen*, Case No. 26-cv-00425, Dkt. No. 30 (E.D. Tex. May 29, 2026); *ABC IP, LLC, et al., v. Z3 Productions, LLC*, Case No. 26-cv-00367, Dkt. No. 48 (E.D. Tex. May 29, 2026); *ABC IP, LLC et al. v. Cope*, Case No. 26-cv-00033, Dkt. No. 18 (E.D. Tex. May 29, 2026).

[2] "Defendants" here means 80Mills LLC; Pearson Gardner; Hanes Tactical, LLC; Damion Bennett; DNT LLC; Zach Morrow; Harrison Gunworks; Tyler Harrison; Steven Nguyen; Z3 Productions, LLC; Christopher Cope.

DATED: July 2, 2026

Respectfully submitted,

*/s/ Matthew A. Colvin*

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
            bruce@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff
DC Bar No. 1025635
**FISH & RICHARDSON P.C.**
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Glenn D. Bellamy *(admitted pro hac vice)*
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

*Attorneys for Plaintiffs*
*ABC IP, LLC and Rare Breed Triggers, Inc.*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 2, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Matthew A. Colvin
Matthew A. Colvin