**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>AR-TT, LLC d/b/a TAKEDOWN TOOLS; CLAUSEN INC.; JONATHAN CLAUSEN, and JODI CLAUSEN<br><br>        Defendants. | Civil Action No. 4:26-cv-00693-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>CANUCK TACTICAL LLC, d/b/a RANGESPORT AMERICA LLC,<br><br>        Defendants. | Civil Action No. 4:26-cv-00705-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>CLOAK INDUSTRIES, INC. and WILLIAM C. KING JR**.,**<br><br>        Defendants. | Civil Action No. 4:26-cv-00608-ALM |

1

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW,<br><br>    Defendants. | Civil Action No. 4:26-cv-00377-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>HAWKPHIN SALES, LLC, d/b/a BATTLEHAWK ARMORY/ BATTLE OPTICS/ BATTLE SHOP/ BATTLE SHOPS/ LAKEFRONT ARMORY, and ADAM GERLEMAN,<br><br>    Defendants. | Civil Action No. 4:26-cv-00707-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>FIREARM SYSTEMS LLC d/b/a FIREARM SYSTEMS, BRANDON DONATTO, and MICHAEL STAKES,<br><br>    Defendants. | Civil Action No. 4:26-cv-00695-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs, | Civil Action No. 4:26-cv-00521-ALM |

v.

OPTICS PLANET, INC., d/b/a ECENTRIA,

     Defendant.

|  |  |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>PEAK TACTICAL, LLC d/b/a PARTISAN TRIGGERS and/or THE TRIGGERED CO., NICHOLAS NORTON, RICHARD SEDDON, QOX CONSULTING, LLC, and JAWS TEC LLC, d/b/a JAWSTEC LLC<br><br>    Defendants. | Civil Action No. 4:26-cv-00698-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>SGC, LLC d/b/a SCOTTSDALE GUN CLUB, TERENCE D. SCHMIDT, and RONALD KENNEDY,<br><br>    Defendants. | Civil Action No. 4:26-cv-00694-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>TGR SERVICES, LLC, d/b/a MISSION RIDGE LLC & MISSION RIDGE RANGE & ACADEMY LLC, f/k/a TEXAS GUN | Civil Action No. 4:26-cv-00680-ALM |

RANGE OPERATORS LLC, and TGR VENTURES, LP,

      Defendants.

ABC IP, LLC, and RARE BREED TRIGGERS, INC.,

      Plaintiffs,

v.

WEBCORP, INC. d/b/a TACTICAL SHIT/ LIBERAL TEARS/SIGGLOCKINCOLT.COM, and THOMAS KIRGIN, JR.,

      Defendants.

Civil Action No. 4:26-cv-00768-ALM

## NOTICE OF JOINDER

Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. ("Plaintiffs") respectfully give notice that they join in, adopt, and incorporate by reference into the above-captioned action each and every document filed in *ABC IP, LLC v. Peak Tactical, LLC*, No. 4:26-cv-00698-ALM, in connection with Plaintiffs' Second Consolidated Motion for Preliminary Injunction and the related motions identified below—including all motions, memoranda, declarations, exhibits, appendices, and proposed orders, and any documents filed under the docket numbers listed below—as though each had been filed in full in this action.

To avoid duplicative filings across these related actions, Plaintiffs filed those documents once, in the Peak Tactical action, and are filing this Notice in each action listed on Schedule A. By this Notice, Plaintiffs join in and seek the same relief in each Schedule A action, and all documents filed at the docket numbers identified below—together with every attachment, exhibit, and supporting paper filed therewith—are incorporated by reference in their entirety as though filed in full in each Schedule A action:

| *Notice of Joinder* | |
|---|---|
| **Motion for Leave to File Under Seal**<br>*Case No. 4:26-cv-00693-ALM* | **Filed Under Docket No.** |
| ABC IP, LLC and Rare Breed Triggers, Inc.'s Partially Opposed Motion for Leave to File Under Seal | Dkt. 74 |
| Proposed Order Granting Plaintiffs' Partially Opposed Motion for Leave to File Under Seal | Dkt. 74-1 |
| **Motion for Leave to Exceed Page Limitation**<br>*Case No. 4:26-cv-00693-ALM* | **Filed Under Docket No.** |

1

| Notice of Joinder | |
|---|---|
| ABC IP, LLC and Rare Breed Triggers, Inc.'s Unopposed Motion for Leave to Exceed Page Limitation | Dkt. 75 |
| Proposed Order Granting Plaintiffs' Unopposed Motion for Leave to Exceed Page Limitation | Dkt. 75-1 |
| **Second Consolidated Motion for Preliminary Injunction** *Case No. 4:26-cv-00693-ALM* | **Filed Under Docket No.** |
| **Sealed** Plaintiffs' Second Consolidated Motion for Preliminary Injunction | Dkt. 76 |
| Appendices A & B to Plaintiffs' Second Consolidated Motion for Preliminary Injunction | Dkt. 78-88 & 78-89 |
| **Sealed** Declaration of Lawrence DeMonico in Support of Plaintiffs' Second Consolidated Motion for Preliminary Injunction | Dkt. 77-1 |
| **Sealed** Exhibit O Declaration of Lawrence DeMonico in Support of Plaintiffs' Second Consolidated Motion for Preliminary Injunction | Dkt. 77-2 |
| Exhibits A-X to Declaration of Lawrence DeMonico in Support of Plaintiffs' Second Consolidated Motion for Preliminary Injunction | Dkt. 78-65 to Dkt. 78-87 |
| **Sealed** Declaration of Richard J. Eichmann in Support of Plaintiffs' Second Consolidated Motion for Preliminary Injunction | Dkt. 77-5 |
| Declaration of Brian Luettke in Support of Plaintiffs' Second Consolidated Motion for Preliminary Injunction | Dkt. 79 |
| Exhibit A to Declaration of Brian Luettke in Support of Plaintiffs' Second Consolidated Motion for Preliminary Injunction | Dkt. 79-1 |
| Declaration of Matthew A. Colvin in Support of Plaintiffs' Second Consolidated Motion for Preliminary Injunction | Dkt. 78 |

2

| *Notice of Joinder* | |
|---|---|
| **Sealed** Exhibit 55 to Declaration of Matthew A. Colvin in Support of Plaintiffs' Second Consolidated Motion for Preliminary Injunction | Dkt. 77-4 |
| Exhibits 1-65 to Declaration of Matthew A. Colvin in Support of Plaintiffs' Second Consolidated Motion for Preliminary Injunction | Dkt. 78-1 to Dkt. 78-64 |
| Proposed Order Granting Plaintiffs' Second Consolidated Motion for Preliminary Injunction | Dkt. 76-1 |
| **Motion for Expedited Discovery** <br> *Case No. 4:26-cv-00693-ALM* | **Filed Under Docket No.** |
| ABC IP, LLC and Rare Breed Triggers, Inc.'s Consolidated Motion for Expedited Discovery | Dkt. 80 |
| Appendices A & B to Plaintiffs' Consolidated Motion for Expedited Discovery | Dkt. 80-4 to 80-5 |
| Exhibits 1-2 to Plaintiffs' Consolidated Motion for Expedited Discovery | Dkt. 80-2 to 80-3 |
| Proposed Order Granting ABC IP, LLC and Rare Breed Triggers, Inc.'s Consolidated Motion for Expedited Discovery | Dkt. 80-1 |

**SCHEDULE A**

| Case Name | Case No. |
|---|---|
| ABC IP, LLC, and Rare Breed Triggers, Inc., **v.** AR-TT, LLC d/b/a Takedown Tools; Clausen Inc.; Jonathan Clausen, and Jodi Clausen | 4:26-cv-00693-ALM |
| ABC IP, LLC, and Rare Breed Triggers, Inc., v. Canuck Tactical LLC, d/b/a Rangesport America LLC | 4:26-cv-00705-ALM |
| ABC IP, LLC, and Rare Breed Triggers, Inc., v. Cloak Industries, Inc. and William C. King Jr. | 4:26-cv-00608-ALM |
| ABC IP, LLC, and Rare Breed Triggers, Inc. v. DNT LLC, d/b/a Deez Nutz Tactical, and Zach Morrow | 4:26-cv-00377-ALM |
| ABC IP, LLC and Rare Breed Triggers, Inc. v. Hawkphin Sales, LLC, d/b/a Battlehawk Armory/ Battle Optics/ Battle Shop/ Battle Shops/ Lakefront Armory, and Adam Gerleman | 4:26-cv-00707-ALM |
| ABC IP, LLC and Rare Breed Triggers, Inc. v. Firearm Systems LLC d/b/a Firearm Systems, Brandon Donatto, and Michael Stakes | 4:26-cv-00695-ALM |
| ABC IP, LLC and Rare Breed Triggers, Inc. v. Optics Planet, Inc., d/b/a Ecentria | 4:26-cv-00521-ALM |
| ABC IP, LLC and Rare Breed Triggers, Inc. v. SGC, LLC d/b/a Scottsdale Gun Club, Terence D. Schmidt, and Ronald Kennedy | 4:26-cv-00694-ALM |
| ABC IP, LLC and Rare Breed Triggers, Inc. v. TGR Services, LLC, d/b/a Mission Ridge LLC & Mission Ridge Range & Academy LLC, f/k/a Texas Gun Range Operators LLC, and TGR Ventures, LP | 4:26-cv-00680-ALM |
| Webcorp. Inc. d/b/a Tactical Shit/ Liberal Tears/Sigglockincolt.com, and Thomas Kirgin, Jr. | 4:26-cv-00768-ALM |

4

DATED: July 2, 2026

Respectfully submitted,

*/s/ Matthew A. Colvin*

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
      bruce@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff
DC Bar No. 1025635
**FISH & RICHARDSON P.C.**
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Glenn D. Bellamy *(admitted pro hac vice)*
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

*Attorneys for Plaintiffs*
*ABC IP, LLC and Rare Breed Triggers, Inc.*

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 2, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Matthew A. Colvin*
Matthew A. Colvin