# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | 4:26-md-03176-ALM<br>MDL 3176 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>　　　Plaintiffs,<br><br>v.<br><br>AR-TT, LLC d/b/a TAKEDOWN TOOLS; CLAUSEN INC.; JONATHAN CLAUSEN, and JODI CLAUSEN,<br><br>　　Defendants. | Civil Action No. 4:26-cv-00693-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>　　　Plaintiffs,<br><br>v.<br><br>CANUCK TACTICAL LLC, d/b/a RANGESPORT AMERICA LLC,<br><br>　　Defendant. | Civil Action No. 4:26-cv-00705-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>　　　Plaintiffs,<br><br>v.<br><br>CLOAK INDUSTRIES, INC. and WILLIAM C. KING JR.,<br><br>　　Defendants. | Civil Action No. 4:26-cv-00608-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>　　　Plaintiffs,<br><br>v.<br><br>DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW,<br><br>　　Defendants. | Civil Action No. 4:26-cv-00377-ALM |

ABC IP, LLC, and RARE BREED TRIGGERS, INC.,

     Plaintiffs,

v.

HAWKPHIN SALES, LLC, d/b/a BATTLE-HAWK ARMORY/ BATTLE OPTICS/ BATTLE SHOP/ BATTLE SHOPS/ LAKEFRONT ARMORY, and ADAM GERLEMAN,

     Defendants.

Civil Action No. 4:26-cv-00707-ALM

---

ABC IP, LLC, and RARE BREED TRIGGERS, INC.,

     Plaintiffs,

v.

FIREARM SYSTEMS LLC d/b/a FIREARM SYSTEMS, BRANDON DONATTO, and MICHAEL STAKES,

     Defendants.

Civil Action No. 4:26-cv-00695-ALM

---

ABC IP, LLC, and RARE BREED TRIGGERS, INC.,

     Plaintiffs,

v.

OPTICS PLANET, INC., d/b/a ECENTRIA,

     Defendant.

Civil Action No. 4:26-cv-00521-ALM

---

ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas Corporation,

     Plaintiffs,

v.

PEAK TACTICAL, LLC d/b/a PARTISAN TRIGGERS, a Wyoming limited liability company, and NICHOLAS NORTON,

     Defendants.

Civil Action No. 4:26-cv-00698-ALM

ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas Corporation,

      Plaintiffs,

v.

SGC, LLC d/b/a SCOTTSDALE GUN CLUB, TERENCE D. SCHMIDT, and RONALD KENNEDY,

      Defendants.

Civil Action No. 4:26-cv-00694-ALM

ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas Corporation,

      Plaintiffs,

v.

TGR SERVICES, LLC, d/b/a MISSION RIDGE LLC & MISSION RIDGE RANGE & ACADEMY LLC, f/k/a TEXAS GUN RANGE OPERATORS LLC, and TGR VENTURES, LP,

      Defendants.

Civil Action No. 4:26-cv-00680-ALM

ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas Corporation,

      Plaintiffs,

v.

WEBCORP, INC. d/b/a TACTICAL SHIT/ LIBERAL TEARS/SIGGLOCKINCOLT.COM, and THOMAS KIRGIN, JR.,

      Defendants.

Civil Action No. 4:26-cv-00768-ALM

## ORDER DENYING PLAINTIFFS' CONSOLIDATED MOTION FOR EXPEDITED DISCOVERY

Before the Court is Plaintiffs' Consolidated Motion for Expedited Discovery [Dkt. No. 80

in *ABC IP, LLC v. Peak Tactical, LLC*, No. 4:26-cv-00698] ("Motion"). Being well-advised, and

having fully considered the Motion and related briefing, the Court is of the opinion that the Motion

should be **DENIED**.