**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | 4:26-md-03176-ALM<br>MDL 3176 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>　　　Plaintiffs,<br><br>v.<br><br>AR-TT, LLC d/b/a TAKEDOWN TOOLS; CLAUSEN INC.; JONATHAN CLAUSEN, and JODI CLAUSEN,<br><br>　　　Defendants. | Civil Action No. 4:26-cv-00693-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>　　　Plaintiffs,<br><br>v.<br><br>CANUCK TACTICAL LLC, d/b/a RANGESPORT AMERICA LLC,<br><br>　　　Defendant. | Civil Action No. 4:26-cv-00705-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>　　　Plaintiffs,<br><br>v.<br><br>CLOAK INDUSTRIES, INC. and WILLIAM C. KING JR.,<br><br>　　　Defendants. | Civil Action No. 4:26-cv-00608-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>　　　Plaintiffs,<br><br>v.<br><br>DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW,<br><br>　　　Defendants. | Civil Action No. 4:26-cv-00377-ALM |

ABC IP, LLC, and RARE BREED TRIGGERS, INC.,

  Plaintiffs,

v.

HAWKPHIN SALES, LLC, d/b/a BATTLE-HAWK ARMORY/ BATTLE OPTICS/ BATTLE SHOP/ BATTLE SHOPS/ LAKEFRONT ARMORY, and ADAM GERLEMAN,

  Defendants.

Civil Action No. 4:26-cv-00707-ALM

ABC IP, LLC, and RARE BREED TRIGGERS, INC.,

  Plaintiffs,

v.

FIREARM SYSTEMS LLC d/b/a FIREARM SYSTEMS, BRANDON DONATTO, and MICHAEL STAKES,

  Defendants.

Civil Action No. 4:26-cv-00695-ALM

ABC IP, LLC, and RARE BREED TRIGGERS, INC.,

  Plaintiffs,

v.

OPTICS PLANET, INC., d/b/a ECENTRIA,

  Defendant.

Civil Action No. 4:26-cv-00521-ALM

ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas Corporation,

  Plaintiffs,

v.

PEAK TACTICAL, LLC d/b/a PARTISAN TRIGGERS, a Wyoming limited liability company, and NICHOLAS NORTON,

  Defendants.

Civil Action No. 4:26-cv-00698-ALM

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas Corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>SGC, LLC d/b/a SCOTTSDALE GUN CLUB, TERENCE D. SCHMIDT, and RONALD KENNEDY,<br><br>     Defendants. | Civil Action No. 4:26-cv-00694-ALM |
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas Corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>TGR SERVICES, LLC, d/b/a MISSION RIDGE LLC & MISSION RIDGE RANGE & ACADEMY LLC, f/k/a TEXAS GUN RANGE OPERATORS LLC, and TGR VENTURES, LP,<br><br>     Defendants. | Civil Action No. 4:26-cv-00680-ALM |
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas Corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>WEBCORP, INC. d/b/a TACTICAL SHIT/ LIBERAL TEARS/SIGGLOCKINCOLT.COM, and THOMAS KIRGIN, JR.,<br><br>     Defendants. | Civil Action No. 4:26-cv-00768-ALM |

## CERTAIN DEFENDANTS' UNOPPOSED MOTION
## FOR LEAVE TO EXCEED PAGE LIMITS

Defendants DNT LLC d/b/a Deez Nutz Tactical and Zach Morrow (collectively, "DNT") respectfully move for leave to file a 13-page Sur-Reply to Plaintiffs' Second Consolidated Motion for Preliminary Injunction ("Second PI Motion"). This Motion is unopposed.

Good cause exists for DNT's Sur-Reply to the Second PI Motion to exceed the standard 5-page limit for non-dispositive sur-replies. On July 2, 2026, Plaintiffs filed their 39-page Second PI Motion, seeking to preliminarily enjoin Defendants across multiple consolidated actions from making, using, offering to sell, selling, or importing the accused products.[1] The Court granted Plaintiffs' Unopposed Motion for Leave to Exceed Page Limitation (*Peak Tactical,* No. 4:26-cv-00698, Dkt. No. 75), permitting Plaintiffs to file their Second PI Motion up to forty (40) pages and their Reply in support thereof at up to twenty-five (25) pages. Dkt. No. 90.

On July 29, 2026, DNT filed its Opposition to Plaintiffs' Second PI Motion (*DNT*, No. 4:26-cv-00377, Dkt. No. 67) and on August 5, 2026, Plaintiffs filed their 14-page Reply (Dkt. No. 69). Plaintiffs' Reply raises numerous issues requiring a substantive response, including threshold jurisdictional arguments, the propriety of serial preliminary injunction motions, the effect of a pending Federal Circuit appeal, the relationship between the '403 Patent and prior *Peak Tactical* proceedings in the District of Wyoming, and the merits of each preliminary injunction factor—all while contending that DNT's Opposition failed to contest those factors and that the unrebutted record compels entry of a preliminary injunction. A meaningful response to each of these issues within the standard five-page sur-reply limitation is not practicable given the complexity and scope

---

[1] Plaintiffs filed the Second PI Motion in *ABC IP, LLC v. Peak Tactical, LLC*, No. 4:26-cv-00698 (E.D. Tex.), Dkt. No. 76, and filed "notices of joinder" in other affected cases, including DNT's, on July 3. *See, e.g., Rare Breed Triggers, Inc. v. DNT LLC*, No. 4:26-cv-00377 (E.D. Tex.), Dkt. Nos. 62, 65. However, DNT was not served with a copy of each filed document in that batch until July 15.

1

of the arguments presented. The Court recognized this same complexity when it granted Plaintiffs expanded page limits for their own briefing on this Motion.

The requested increase is modest and will not prejudice any party or unduly burden the Court. DNT seeks only thirteen (13) pages—a proportionate allowance relative to the twenty-five (25) pages Plaintiffs sought for their Reply and the overall scope of briefing on the Second PI Motion.

For the above reasons, DNT respectfully requests that the Court grant this Motion and permit DNT to file the Sur-Reply not to exceed thirteen (13) pages.

Dated: August 13, 2026

Respectfully submitted,

EMERSON, THOMSON & BENNETT, LLC
*/s/ Sergey Vernyuk*
John M. Skeriotis (Ohio Bar # 0069263)
jms@etblaw.com
Sergey Vernyuk (Ohio Bar # 0089101)
sv@etblaw.com
1914 Akron-Peninsula Rd.
Akron, Ohio 44313
(330) 434-9999 – Telephone
(330) 434-8888 – Facsimile

*Attorneys for Defendants DNT LLC and Zach Morrow*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for DNT conferred with counsel for Plaintiffs on August 12, 2026. Plaintiffs do not oppose the requested relief.

*/s/ Sergey Vernyuk*
Sergey Vernyuk

2