**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | 4:26-md-03176-ALM<br>MDL 3176 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>AR-TT, LLC d/b/a TAKEDOWN TOOLS; CLAUSEN INC.; JONATHAN CLAUSEN, and JODI CLAUSEN,<br>Defendants. | Civil Action No. 4:26-cv-00693-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>CANUCK TACTICAL LLC, d/b/a RANGESPORT AMERICA LLC,<br>Defendant. | Civil Action No. 4:26-cv-00705-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>CLOAK INDUSTRIES, INC. and WILLIAM C. KING JR.,<br>Defendants. | Civil Action No. 4:26-cv-00608-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW,<br>Defendants. | Civil Action No. 4:26-cv-00377-ALM |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>HAWKPHIN SALES, LLC, d/b/a BATTLE-HAWK ARMORY/ BATTLE OPTICS/ BATTLE SHOP/ BATTLE SHOPS/ LAKEFRONT ARMORY, and ADAM GERLEMAN,<br>Defendants. | Civil Action No. 4:26-cv-00707-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>FIREARM SYSTEMS LLC d/b/a FIREARM SYSTEMS, BRANDON DONATTO, and MICHAEL STAKES,<br>Defendants. | Civil Action No. 4:26-cv-00695-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>OPTICS PLANET, INC., d/b/a ECENTRIA,<br>Defendant. | Civil Action No. 4:26-cv-00521-ALM |
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas Corporation,<br>Plaintiffs,<br>v.<br>PEAK TACTICAL, LLC d/b/a PARTISAN TRIGGERS, a Wyoming limited liability company, and NICHOLAS NORTON,<br>Defendants. | Civil Action No. 4:26-cv-00698-ALM |

<table>
<tr><td>ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SGC, LLC d/b/a SCOTTSDALE GUN CLUB, TERENCE D. SCHMIDT, and RONALD KENNEDY,<br><br>Defendants.</td><td>Civil Action No. 4:26-cv-00694-ALM</td></tr>
<tr><td>ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TGR SERVICES, LLC, d/b/a MISSION RIDGE LLC & MISSION RIDGE RANGE & ACADEMY LLC, f/k/a TEXAS GUN RANGE OPERATORS LLC, and TGR VENTURES, LP,<br><br>Defendants.</td><td>Civil Action No. 4:26-cv-00680-ALM</td></tr>
<tr><td>ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WEBCORP, INC. d/b/a TACTICAL SHIT/ LIBERAL TEARS/SIGGLOCKINCOLT.COM, and THOMAS KIRGIN, JR.,<br><br>Defendants.</td><td>Civil Action No. 4:26-cv-00768-ALM</td></tr>
</table>

**ORDER GRANTING CERTAIN DEFENDANTS'**
**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Before the Court is the Unopposed Motion for Leave to Exceed Page Limits ("Motion" - Dkt. #72) filed by Defendants DNT LLC d/b/a Deez Nutz Tactical and Zach Morrow. Being well-advised that it is unopposed, and having fully considered the Motion, the Court is of the opinion that the Motion should be **GRANTED**. It is therefore

**ORDERED** that Defendants have up to and including 13-pages for their Sur-Reply to Plaintiffs' Second Consolidated Motion for Preliminary Injunction.

**IT IS SO ORDERED.**

**SIGNED this 17th day of August, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE