IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM<br>CHIEF JUDGE AMOS L. MAZZANT |
| RARE BREED TRIGGERS, INC. et al.,<br>Plaintiffs,<br>vs.<br>DNT LLC d/b/a DEEZ NUTZ TACTICAL et al.,<br>Defendants. | (CASE NO. 4:26-cv-00377-ALM) |

**DEFENDANTS' MOTION TO REDACT TRANSCRIPT**

On October 26, 2026, the Court held a telephonic conference to address a discovery dispute between the parties. (*See* October 26, 2026 Minute Entry.) In response to requests from the parties, the transcript of the conference was filed. (*See* Dkt. #103, "Transcript.") Because the Transcript discloses Defendants' confidential sales information and supplier names, Defendants respectfully move, pursuant to Local Rule CV-5.2(b)(4), to redact the Transcript.[1]

1. The right to inspect and copy public and judicial records and documents traces to *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 98 S. Ct. 1306, 55 L. Ed. 2d 570 (1978). However, the presumption in favor of public access to court records can be overcome in certain instances. The Supreme Court recognized that a court retains power over its own record and may deny access where files would become a vehicle for improper purposes. *Id.* at 598.

[1] The process specified in Local Rule CV-5.2(b)(3)-(4) applies to personal data identifiers of Fed. R. Civ. P. 5.2. As the information to be redacted here falls outside Rule 5.2, this motion is required.

2. Courts in this district have sealed information that relates to a party's revenues and other information which would put the party at a competitive disadvantage if publicly disclosed. *Erfindergemeinschaft Uropep GbR v. Eli Lilly & Co.*, No. 2:15-cv-1202, 2017 WL 434207, at *2 (E.D. Tex. Feb. 1, 2017) (quoting Nixon, 435 U.S. at 598); *Mylan Institutional LLC v. Aurobindo Pharma Ltd.*, No. 2:16-cv-00491, Dkt. No. 22 (E.D. Tex. June 10, 2016) (granting motion to seal preliminary injunction motion and accompanying declarations); *Boehringer Ingelheim Pharma GMBH & Co.KG v. Mylan Pharm.*, Inc., No. 14-cv-4727, 2015 WL 1816473, at *2 (D.N.J. Apr. 22, 2015) (granting motion to seal because "the information relating to MPI's and Mylan Inc.'s sales and revenue is confidential and proprietary, and MPI and Mylan Inc. would suffer serious commercial injury if such information became available to the public").

3. The Transcript reveals Defendants' confidential financial information and identities of certain suppliers. This information was disclosed in discovery and discussed during the conference. The attached Exhibit A includes excerpts of the Transcript, indicating the information to be redacted with highlighting.

4. Defendants thus respectfully move for those portions of the Transcript to be redacted.

Dated: November 9, 2026

EMERSON, THOMSON & BENNETT, LLC

*/s/ Sergey Vernyuk*

John M. Skeriotis (Ohio Bar # 0069263)
jms@etblaw.com
Sergey Vernyuk (Ohio Bar # 0089101)
sv@etblaw.com
1914 Akron-Peninsula Rd.
Akron, Ohio 44313
(330) 434-9999 – Telephone
(330) 434-8888 – Facsimile
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that this Motion is being filed with and will be served by the Court's CM/ECF system, and that a true and correct copy of the supporting Exhibit A is being served on November 9, 2026, on Plaintiffs' counsel via electronic mail:

Benjamin Christoff
christoff@fr.com

Carl E. Bruce
bruce@fr.com

Glenn D. Bellamy
gbellamy@whe-law.com

Matthew Alan Colvin
colvin@fr.com

Melissa R. Smith
melissa@gillamsmithlaw.com

*/s/ Sergey Vernyuk*
Sergey Vernyuk
Counsel for Defendants

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants has complied with the meet and confer requirement in Local Rule CV-7(h). This Motion is unopposed by Plaintiffs.

*/s/ Sergey Vernyuk*
Sergey Vernyuk
Counsel for Defendants

**LOCAL RULE CV-5(a)(7)(B) CERTIFICATION**

Pursuant to Local Rule CV-5(a)(7)(B), I certify that the Court has granted authorization to seal the information contained in Exhibit A to this Motion by entry of the Protective Order in *In re Rare Breed Triggers Patent Litig.*, No. 4:26-md-03176-ALM, Dkt. #90 (§XIV).

*/s/ Sergey Vernyuk*
Sergey Vernyuk
Counsel for Defendants