IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM<br>CHIEF JUDGE AMOS L. MAZZANT |
| RARE BREED TRIGGERS, INC. et al.,<br>Plaintiffs,<br>vs.<br>DNT LLC d/b/a DEEZ NUTZ TACTICAL et al.,<br>Defendants. | (CASE NO. 4:26-cv-00377-ALM) |

**PROPOSED ORDER GRANTING**
**DEFENDANTS' MOTION TO REDACT TRANSCRIPT**

Before the Court is Defendants' Motion to Redact Transcript, seeking redaction of portions of the transcript of the October 26, 2026 telephone conference (Dkt. #103) as indicated in Exhibit A to the Motion.

Having considered the Motion, it is **ORDERED** that Defendants' Motion to Redact Transcript is hereby **GRANTED**.

**IT IS SO ORDERED.**